IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
JUN 1 8 2015
DAVID CREWS, CLERK
BY_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15cr22 |
| ) | |
| AUSTIN EDENFIELD and ) | |
| GRAEME HARRIS ) | |

CERTIFICATE OF THE ASSISTANT ATTORNEY GENERAL FOR CIVIL RIGHTS

I, Vanita Gupta, hereby certify that in my judgment, prosecution by the United States of Austin Edenfield and Graeme Harris pursuant to Title 18, United States Code, Section 245(b)(2)(C), is in the public interest and necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, Section 245(a)(1).

Signed the 11th day of February, 2015.

VANITA GUPTA
Acting Assistant Attorney General
Civil Rights Division
United States Department of Justice.