FILED

JUN 1 8 2015

DAVID CREWS, CLERK
BY_____
                Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:15CR022

GRAEME PHILLIP HARRIS

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count Two of the Indictment, a misdemeanor, which charges that he, aided and abetted by others known to the Grand Jury, did by threat of force, knowingly and willfully intimidate and interfere with and attempt to intimidate and interfere with African-American students and staff at the University of Mississippi, a publicly-funded school, because of their race and color and because they were attending, enrolled in and employed by the University of Mississippi, in that defendant and his accomplices hung a rope and Georgia state flag containing the Confederate battle flag around the neck of the statue of James Meredith, an iconic symbol of the civil rights movement at the University of Mississippi, in violation of Title 18, United States Code, Sections 2 and 245(b)(2)(A) and (C), a misdemeanor, which carries maximum possible penalties of not more than 1 year imprisonment, not more than a $100,000 fine, not more than 1 year supervised release, and a special assessment of $25.

2. OTHER CHARGES: The United States agrees not to charge the defendant with

any other or greater offenses relating to the conduct set forth in the Indictment and further agrees to move the Court to dismiss Count One at sentencing.

3. **OTHER AUTHORITIES:** This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4. **ACKNOWLEDGMENTS:** Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the __17th__ day of __June__, 20__15__.

FELICIA C. ADAMS
United States Attorney
Mississippi Bar No. 1049

AGREED AND CONSENTED TO:

GRAEME PHILLIP HARRIS
Defendant

APPROVED:

DAVID HILL
Attorney for Defendant
Mississippi Bar No. 2444