# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## CRIMINAL MINUTES (GENERAL)

**CASE NUMBER: 3:15CR22**                    **PLACE HELD: OXFORD, MISSISSIPPI**
**UNITED STATES OF AMERICA  v.  GRAEME PHILLIP HARRIS**
**DATE & TIME BEGUN:**     JUNE 18, 2015, 1:30 PM
**DATE & TIME ENDED:**     JUNE 18, 2015, 1:52 PM

                                            **TOTAL TIME:**   22   minutes

**PRESENT:**
                **HONORABLE MICHAEL P. MILLS, U.S. DISTRICT JUDGE**

Sallie Wilkerson                                   Rita Young
**Courtroom Deputy Clerk**                         **Official Court Reporter**


**ATTORNEY(S) FOR GOVERNMENT:**              **ATTORNEY(S) FOR DEFENDANT(S):**
AUSA BOB NORMAN                              DAVID HILL

**U.S. PROBATION:**
BRANDON COLE

**PROCEEDINGS:**

Waiver of Indictment Filed_____                   Information Filed _____

PLEA:
       GUILTY                                               NOLO CONTENDERE

       Count 2 of the Indictment                   _____

Bond Set: _____

Bond Continued   X____

Remand to Custody of U. S. Marshal: _____

Set For Sentencing:    Upon completion of the presentence report.

Remarks:

                            **DAVID CREWS, CLERK**

                            By:   /s/Sallie Wilkerson_____
                                 Courtroom Deputy Clerk