## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.  CASE NUMBER: 3:15CR22 M-A

GRAEME PHILLIP HARRIS

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI | COURTROOM 3 EAST - THIRD FLOOR<br><br>**Date and Time**<br>THURSDAY, SEPTEMBER 17, 2015, 10:00 AM |

**Type of Proceeding**

**SENTENCING AS TO COUNT TWO OF THE INDICTMENT
BEFORE UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS**
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.

DAVID CREWS, Clerk of Court

/s/ Sallie Wilkerson
(BY) Sallie Wilkerson - Courtroom Deputy

Date: July 23, 2015

To:  Robert H. Norman   (electronic notice only)     U.S. Probation Service (electronic notice only)

Dana Mulhauser   (electronic notice only)     U.S. Marshal Service (electronic notice only)

Robert Willie Coleman, II   (electronic notice only)

William Chadwick Lamar   (electronic notice only)

David G. Hill   (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**